United States District Court

Eastern District of California

Joseph B. Rosales,

    Petitioner,

vs.

C. M. Harrison, Warden,

    Respondent.

No. Civ. S 05-0424 LKK PAN P

Order

-oOo-

May 27, 2005, petitioner requested an extension of time to file and serve a reply to respondent's opposition to petitioner's request to stay this action. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: June 7, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge