United States District Court

Eastern District of California

Joseph B. Rosales,

    Petitioner,   No. Civ. S 05-0424 LKK PAN P

  vs.   Order

C. M. Harrison, Warden,

    Respondent.

-oOo-

March 3, 2005, petitioner filed a petition for a writ of habeas corpus. April 11, 2005, plaintiff requested the court stay these proceedings while he exhausts state remedies with respect to one claim. May 5, 2005, respondent filed and served an opposition. June 27, 2005, respondent requested he be relieved of his obligation to file and serve an answer until the court resolves petitioner's motion.

Before the court can determine whether to grant petitioner's motion, the court must determine whether petitioner has good

cause for his failure to exhaust, whether the unexhausted claim plainly is meritless and whether petitioner has engaged in intentionally dilatory litigation tactics. <u>Rhines v. Weber</u>, 125 S.Ct. 1528, 1535 (2005). Respondent has not addressed all three questions.

Accordingly, respondent's June 27, 2005, request is granted. Within 30 days of the date this order is signed, respondent shall file and serve a brief addressing all three questions the court must resolve pursuant to <u>Rhines</u>. Petitioner has 15 days from the date respondent files and serves his brief to file and serve an opposing brief. Respondent has seven days thereafter to file and serve a reply brief.

So ordered.

Dated: November 29, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge