IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. ROSALES,

    Petitioner,               No. CIV S-05-0424 LKK PAN P

   vs.

C. M. HARRISON, Warden,

    Respondent.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2005, petitioner filed a motion to stay these proceedings pending exhaustion of state remedies as to ground three in his original petition, described as a claim of newly discovered evidence. Petitioner's motion is predicated on his own assertion, with which respondent concurs, that said claim is unexhausted.

        After review of the petition for writ of habeas corpus filed herein and review of the petition for writ of habeas corpus filed by petitioner in the California Supreme Court on February 26, 2004, Case No. S122875, and resolved by that Court on February 16, 2005, this court is not persuaded that the claim raised in Ground Three of the federal petition is unexhausted. Accordingly, petitioner's motion for stay will be denied without prejudice and respondent will be directed to answer the petition. This order is without prejudice to

1

respondent's right to raise in the answer, as appropriate, a defense that ground three is unexhausted.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 11, 2005 motion for stay is denied without prejudice;

2. Respondent is directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases; and

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

DATED: February 28, 2006.

_signature_
UNITED STATES MAGISTRATE JUDGE

12
rosa0424.o

---

[1] The record reflects that petitioner has presented this claim to the California Supreme Court in a second petition for writ of habeas corpus, Case No. S130812, filed January 20, 2005. The parties are directed to inform the court in writing of the final disposition of said petition not later than twenty days after resolution thereof or, if said petition has been resolved, twenty days from the date of this order.