IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. ROSALES,

      Petitioner,                      No. CIV S-05-0424 LKK PAN P

    vs.

C. M. HARRISON,

      Respondent.                    <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a reply pursuant to the court's order of March 1, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 1, 2006, request for an extension of time is granted; and

        2. Petitioner is granted 30 days from the date of this order to file and serve a reply.

DATED: May 4, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\rosa0424.111