IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. ROSALES,

    Petitioner,        No. CIV S-05-0424 LKK PAN P

  vs.

C.M. HARRISON,

    Respondent.       ORDER

_____/

        Petitioner has filed his second request for an extension of time to file and serve a reply pursuant to the court's order of March 1, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's May 30, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a reply. No further extensions of time will be granted.

DATED: June 14, 2006.

                                    /s/ [signature]
                              UNITED STATES MAGISTRATE JUDGE

/mp:001; rosa0424.111sec