

FILED

JUN 26 2006

JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  Joseph Rosales * J.02253
2  P.O. Box 3461
3  Corcoran CA. 93212-3461
4
5
6              UNITED STATES DISTRICT COURT
7            EASTERN DISTRICT OF CALIFORNIA
8
9    Joseph Rosales                    CASE No. 2:05-CV-00424-LKK-PANGFM)
10      vs.
11  C.M. HARRISON,                    NOTICE & INCident
12
13   YOU ARE THEREFORE NOTIFIED that:
14   on: 6-16-06 A % Correctional officer that was not our
15  reguar staff was passing out Mail I got A U-Save-EM Mail
16  from Friends outside National ORGaniztion. Then the %
17  Correctional officer Sliped my Legal Mail under my Door from
18  The "United States District Court EASTERN District of California
19  office of the Clerk 501, I, Street Suite 4-200 Sacramento CA 95814
20  Under my door and then walked off. I called him back and
21  ask him why my legal Mail was open. Then I told him he needed
22  to sign the ENVelope and let it be known that my legal mail
23  came open he wouldn't and left with it." So Petitioner
24  never got to see his Court Documents At all.
25  State Law Guarantees the right of Petitioner to correspond
26  confidentially with public officials and attorneys. Penal
27  Code § 2601 (b). Specifically, CDC rules currently permit
28  confidential correspondence with the following people (and
    their staff):

1  (1). All state and Federal Elected officials.

2  (2). All state and Federal officials appointed by the governor or
3  the President of the United States.

4  (3). All city, county, state, and Federal officials having respon-
5  sibility for the inmates present, prior, or anticipated
6  future custody, parole or probation supervision.

7  (4). ALL STATE AND FEDERAL JUDGES AND COURTS.

8  (5). An attorney at Law listed with any state bar association.

9  (6). The director, chief deputy director, deputy directors, assistant
10  directors, executive assistant to the director, and Chief, inmate
11  appeals, of the Department of Corrections.

12  (7). Legitimate Legal Serice organizations including but not
13  limited to: the American Civil Liberties Union, The Prison
14  Law office, the Young Lawyers Section of the American
15  Bar Association, and the National Association of
16  Criminal Defense Lawyers.

17  Confidential correspondence between petitioners and their
18  attorneys or between prisoner and Court is Guaranteed
19  by Statute. Penal Code § 2601(b); See also 15 CCR §
20  3141(c)(5) and(6); See also Inre Gonzales (1989) 212 CAL.
21  App. 3d 459 (260 CAL Rptr. 506) (Prisoner has right to
22
23  Correspond Confidentially with Canadian Attorney).

24  "Legal Mail MAY BE OPEN ONLY IN THE PRESENCE
25  OF THE PRISONER, Inre Short (1976)55 CAL. App.
26  3d.268 (127 CAL. Rptr. 498); 15 CCR § 3144.

27  Petitioner was not given the oportunity to see
28  his mail get open. This is becoming a on going
thing with petitioners mail. Look At The

1  following Exhibit (A) 602 Dated. 6-14-06 with the
2  Attach Sheet to it. And Exhibit (B). State of
3  California CDC 128-B (Rev 4/74) and Exhibit (C)
4  A 602 Dealing with my legal work please
5  read this Exhibit it has 8 pages Petitioner
6  has been dealing with these hardships
7  With the CDC Staff Just to get his paper
8  Work ETC... Exhibit (D) Look At how long
9  the petitioner as to wait to get his Mail
10  CDC Title 15 § 3146. States that mail need transl
11  ation and Exceeds Five (5) Business Day's. "The
12  inmate Shell be notified in writing of Delay.
13  General mail" is written in English or another
14  langage, said mail should Reach it's Appropriate
15  Destination within five (5) Business Days. This in not
16  even happin here At CSP- Corcoran. I sent
17  Inmate Request for interview To SGT R.
18  SWETICH And 602.
19
20  PETITIONER NoW ASK The Magistrate
21  Judge John F. Moulds   To please Send
22  A Copy of the LAst Document's the
23  Court Sent to the Petitioner So he
24  Can See What WAs said thank you
25  Respectfully Rosales
26                    "Look AT Declarations."
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location:  Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Rosales Joseph | J-02753 | | 3A-03 130 |

A. Describe Problem: On. 6.16.06 A % that was not our regual staff was passing out mail I got A-U-SAVE-EM from Friend outside National ORGanization. Then The % Sliped my Legal Mail under my Door From The "United States District Court EASTERN District of California office of the Clerk "501 "I" Street Suite, 4-200 Sacramento CA. 95814-2322. Under my door and then walked off. I called him back and ask him why my Legal Mail was open. Then told him he needs to Sign the Envelope and let it be known that my legal mail Came open he wouldn't and left with it." Confidential Mail CDC Rules deem cerain Mail to be "Confidential"

If you need more space, attach one additional sheet. ____ Cont. ——

B. Action Requested: That CSP-Corcoran follow "State Law Guarantees the right to Correspond Confidentially with Public officals and attorneys. Penal Code § 2601(b). of Confidential Correspondance between prisoner and their attorney or between Prisoner and Court is Guaranteed by Statute. This is not happening here in Corcoran so Six 14 thank You.R——

Inmate/Parolee Signature: _Joseph Rosales_                                      Date Submitted: 6-16-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____                                      Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____                                      Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

which mean it can not be read by Prison official. Confidential mail may be inspected only for contraband or to determine if the correspondence is actually with a person or office allowed to receive or send such mail. Title 15 CCR § 3144; See also Witherow v. Paff (9th Cir 1995) 52 F.3d. 264. Any inspection of Confidential mail may be done only in the presence of the prisoner. Ibid. State Law GUARANTEES the right to correspond Confidential with public official and attorneys. This is not happening hear at CSP-Corcoran. Penal Code Sec. 2601(b). Specifically CDC rules currently permit confidential correspondance with the following people and their staff.). All city, County, State and Federal officials having responsibility for the inmate's present, prior, or anticipated future CUSTody, parole or probation supervision." All State and Federal Judges and Courts". Confidential correspondence between prisoners and there attorneys, or Between prisoners and Courts is Guaranteed by Statute. Penal Code § 2601(b); see also 15 CCR § 3141(c)(5) and (6); see also In re Gonzales (1989) 212 Cal. App. 3d 459 (260 Cal. Rptr. 506)(Prisoners have a right to correspond Confidentially with Canadian Attorney) This Petitioner has not been Guaranteed by this Statute. On March-16-06 I was given a · CDC-128-B (Rev 4/47) with my legal mail. From the Pro-Bono Project. This is becoming a on going thing with CSP-Corcoran opening up my legal mail! "Legal mail may be open only in the presence of the prisoner In re Short. (1976) 55 CAL. app. 3d 268 (127 CAL. Rptr. 498); Title 15 CCR Sec. 3144. When legal mail is past out here I have to sign for it and they open it up in front of me. This is not happening. So they are Violating my Confidentially between prisoner and Court is Guaranteed by Statute. Penal Code Sec. 2601 (b); see also Title 15 Sec. 3141(c)(5) and (6); See also Gonzales (1989) 212 CAL. App. 3d. 459 (260 cal Rptr. 506) I don't even Know what that So did with my legal paper work!

I have Two Declarations To go With 602. For Court.

Exhibit E"



STATE OF CALIFORNIA

NAME: Rosales

CDC #: JO2153

CDC-133-3 (Rev. 4/74)

HOUSING: 3AO3 - 22eL

On Mauch 16, 2006 while processing incoming mail, the mailroom observed Legal/Confidential correspondence addressed to the above inmate from Pro Bono Project
that had been opened in error combined with regular mail. Because of the volume of mail the mailroom receives, all
r:e mail is opened by machine. When legal/confidential mail is discovered to be open, it is not read nor searched, but
immediately sealed, logged, then delivered to Housing Units to be issued per Operational Procedure 205, Inmate Mail.

ORIG: C-FILE
CC-I
Mailroom
Inmate

INFORMATIVE

Mailroom Personnel
CSP-Corcoran Mailroom

DATE: 3|6|06

9



**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA 93212



MAY 1 9 2006

Mary Gonzales
9 Eckert Ct.
Sacramento, Ca 85828

Dear Mrs. Gonzales:

I am in receipt of your letter dated April 3, 2006, concerning your son's legal documents.

Your son was interviewed on May 13, 2006. On January 28, 2006, your son was removed from general population and rehoused into the administrative segregation unit, pending completion of an investigation regarding trafficking controlled substances. All of your son's personal property was confiscated by his housing unit officers and by our Investigative Services Unit staff. Your son will be allowed to possess in his cell items necessary for his active court case (thirty days or less). The Administrative Segregation Unit staff shall store any additional legal materials in the unit for your son. The legal property officer shall assist your son by exchanging items of legal property held in storage and retained in his cell.

You can be assured that our Investigative Services Unit staff and Administrative Segregation Unit staff shall assist your son in the return of his legal documents for any active court cases.

If you have any further questions or concerns, please feel free to contact his assigned counselor, S. Felder at (559) 992-8800 extension 5338.

DERRAL G. ADAMS
Warden
California State Prison-Corcoran

California State Prison-Corcoran
4001 King Avenue
P.O. Box 8800
Corcoran, CA 93212-8800

Mary Gonzales
9 Eckert Ct.
Sacramento, CA 85828

11

**A02**

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. CSP-CORCORAN | 1. 06-1288 | 5C |
| | 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Rosales Joseph | J-02753 | | 3A-03-226L |

A. Describe Problem: On 1-28-06 I was rolled up by I.S.U. I wrote you and explained that on 1-28-06 I wasn't given a chance to ask my friend that was helping me with my legal work to return it back to me. I never got a respond back from you R. Swetich (A) Lt. So I am asking you please call up one of the floor officers in 3C-04. to Please go to Cell 3C-04-243 Lower Martin and get my legal work back. The Title 15 section 3163 Clearly states "All papers must be returned to the respective owner when either inmate is transferred to another institution or when other administrative action Prevents direct communication between the inmates." The following material is unreplaceable legal Documents for my Federal Appeal I have Court Deadlines to me, And I can't do so without my legal Documents Please do understand.
If you need more space, attach one additional sheet.

B. Action Requested: I am asking respectfully that you Please get my legal paper work back to me as soon as possible. Also please let me know your response to my last inmate request concerning these very important legal Documents. Thank you for your Time.

Inmate/Parolee Signature: _Joseph Rosales_  Date Submitted: 2-9-06

C. INFORMAL LEVEL (Date Received: 2-13-06 )

Staff Response: I WILL ATTEMPT TO LOCATE LISTED LEGAL WORK. IF SUCH PAPERWORK IS FOUND IT WILL BE RETURNED.

Staff Signature: _____  Date Returned to Inmate: 2-20-06

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am upset this legal paper work is not returned back to me yet I have wrote my family and they even wrote the warden because I can't even get my legal Documents back see Exhibit A & B.

Signature: _Joseph B. Rosales_  Date Submitted: 3-13-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

This is a wrote copie of there 602
LOOK At other Side
12

CDC Appeal Number:

**First Level**   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days: Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____   Returned _____

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

**Second Level**   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days: Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

note Sealant Copt

**First Level**   ☐ Granted   ☒ P. Granted   ☒ Denied   ☐ Other _____

**E. REVIEWER'S ACTION** (Complete within 15 working days): Date assigned: _____   Due Date: _____

Interviewed by: on 5/31/06 you were interviewed by officer J. Cogdill, 3A03 -
Law Library officer. Officer Cogdill retreaved all said legal material
from 3C Facility, your personal property (x3) and other inmates
whom had your legal material in the unit prior to your
Assignment in 3A-03 ASU. All Avenues have been exhausted to
Locate your property and it has been given to you. You also
Advised and agreed with Cogdill that you received every thing.

**Staff Signature:** _____   **Title:** 597 _____   **Date Completed:** _____
**Division Head Approved:**                        Aal                **Returned**
**Signature:** _____   **Title:** _____   **Date to Inmate:** 6/08/06

**F.** If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Please look At 602 it Explained where my legal paper work was at and with
what inmate. % Cogdill is saying he retreaved all said legal material off
3C Facility" Then said this" Your personal property (x3) and other inmates
whom had your legal material in the unit prior to your assignment Attach
Sheet.

**Signature:** Joseph Rosales _____   **Date Submitted:** 6-19-06

**Second Level**   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

**G. REVIEWER'S ACTION** (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

**Signature:** _____   **Date Completed:** _____

**Warden/Superintendent Signature:** _____   **Date Returned to Inmate:** _____

**H.** If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

**Signature:** _____   **Date Submitted:** _____

For the Director's Review, submit all documents to:   Director of Corrections
                                                       P.O. Box 942883
                                                       Sacramento, CA 94283-0001
                                                       Attn: Chief, Inmate Appeals

**DIRECTOR'S ACTION:**   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                                    **Date:** _____
CDC 602 (12/87)

F.  ConT Dissatisfied

in 3A·03·ASU This is not true because I have Document from another % That said this " Granted: I collected your Legal work and Boxed it up. I.S.U. has been Contacted and will pick-up your legal work and forward it to you. Signed 3·9-06. Someone is Lieing Look At Penal Code 118.1. Peace officers False report. Section 134. Preparing false Docu mentary Evidence. and Section 132. offering forged, altered ant-dated book, document, or record. you said all Avenues have been exhausted located my Legal property and it has been given to me. This is true I did receive my paper work but it was not all there. Another thing I never Advisid % Cogdill or agreed with % Cogdill that I received every thing this is not true. "I told him I was not going to Sign off the 602 because it was not all there, I've told this to another % before % Cogdill you people should no this! Then I filed another 602 on 5-13-06 on Lieuttenant Kavanaugh with a CDC 1858 Penal Code 148.6, that I Still ain't got a Copie it was Filed yet. they Just keep dissapearing." ACtion Requested "Therefore the matter in Question (miss ing Legal work) was never Resolved. Get A hold of my last Cellie R. Hubbard he was there when % Cogdill left my Cell door mad because I would not sign it off then ran to the phone to call you up.

14



**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.                    Category

1. _____     1. _____

2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Rosales   Joseph | J·02753 | | 3A·03·226L |

A. Describe Problem: on: 2·5·06 I wrote A Inmate Request to % A. Chaplin upon which he never responded to. I explained to him: on: 1·28·06 I was rolled up by I.S.U. I was not given A Chance to get my legal paper work back from Inmate Martin in cell 3C·04 · 243 Lower who was assisting me with my Appeal that is currently pending. I am acting as my own Attorney in Pro-Per with A Federal Court dead-line and I need my legal paper work back from Inmate Martin is his (First Name) in 3C·04 - 243 Lower.

If you need more space, attach one additional sheet.

B. Action Requested: I am requesting that % Chaplin get my legal papers back. I am entitled to receive them back Pursuant to Title 15 Section 3163 Clearly States: "All papers must be returned to the respective owners when either inmate is transferred to another institution or when other administrative action prevents direct communication between the inmates." four stacks two inches thick in plastic bags

Inmate/Parolee Signature: Joseph Rosales          Date Submitted: 2-28-06

C. INFORMAL LEVEL (Date Received: 03·09·06 )

Staff Response: GRANTED: I collected your legal work and boxed it up. +S U has been contacted and will pick-up your legal work and forward it to you.

Staff Signature: C. Cgh          3C·04 Floor #2   Date Returned to Inmate: 03·09·06

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

15

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

1. _____     1. _____     _____

2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Rosales Joseph | J-02753 | | 3A-03-226L |

A. Describe Problem: On May 13, 2006 Correctional officers Martinez and Johnson approach my Cell Door, Then advised me That Lieutenant Kavanaugh wanted to conduct an interview. Both officers escorted me Lieutenant Kavanaugh. Upon my arrival, I observed The Lieutenant reading my "C-file," which also contianed a letter that my mother had written Warden ADAMS. As I sat, The Lieutenant advised me that the Warden had Received A Letter From my Mother, Lieutenant Kavanaugh ask "Is that the Same Mother that was hiding you in her house

If you need more space, attach one additional sheet. _____ CONT.___

B. Action Requested: Therefore The Matter in Question (Missing Legal Work) was never Resolved. That this matter Formally investigated. And if misconduct on the part of Lieutenant Kavanaugh is proven that it be Reflected in his Personal file.

Inmate/Parolee Signature: _Joseph Rosales_                 Date Submitted: 5-13-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

16

1   Is that the same Mom?" You know that police officer still has
2   a bullet stuck next to his spin? You shot him while he was
3   rolling around on the ground'. "Is that the case your missing
4   the paper-work from? I responed "Yes" Then Lieutenant
5   Kavanaugh asked, or is it for the time you were arrested in
6   95 for Vehicle Theft; or when you were Transporting A Controll
7   ed Substance in 94; or the time when you shot at that car
8   with the person sitting in it? or the time when you were at
9   the school and spraying shaving Cream on the car then pulled
10  a knife on the teacher; or the time you and three other people
11  peat up someone at school? He continued "You know, You are
12  A Violent person." What about the police officer's Mother? I
13  Responded, saying I thought I was here regarding my Moth's
14  letter to warden ADAMS Concerning my missing legal paper
15  work. The Lieutenant Ignored me and coninued on -
16  accusing me of have my family Bring Drugs into an insti
17  tution on January 28th 2006, At which time I Denied
18  said allegations. I again attempted to Direct our
19  Dialogue to the missing Legal paper work, However,
20  The Lieutenant interrupted, saying, How Do you think that
21  Police officer's Mother feels? I advised the Lieutenant
22  that my case was in Appeal and that I did not wish to Disc
23  uss it, I continued advising the Lieutenant that I was meet
24  ing with him to Discuss my missing Legal work, and I also
25  wanted to know why ISU. was holding my mail. However the
26  Lieutenant continued Badgering me. Therefore The
27  matter in Question (missing Legal work), was never
28  Resolved.

—COPY—

STATE OF CALIFORNIA                                DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

———— I Got No ANSWER So Refiled again ————

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement.

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Joseph Rosales | Joseph Rosales | 5-13-06 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Joseph Rosales | Joseph Rosales | J-02753 | REFILED 6-22-06 JR |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant



INMATE REQUEST FOR INTERVIEW

TO: I.S.U. SGT. R. SWETICH                                          6-15-06

From: Joseph Rosales  J-02753  3A-03-130 L

RE: MY Legal Documents being mailed to me.

Please look At 602 I filed on 5-13-06 it states that the state prison CSP-Corcoran is not meeting the Bounds Mandate. Bounds V. Smith 430 U.S. 817 (1977), So I have to send home A request for information to meet my court Deadline, But my mail is being Delayed by I.S.U. Your office. Title 15 Sec. 3146, States that mail need translation and Exceeds five (5) Business DAy's. "The inmate shell be notified in writing of Delay. "General mail" is Written in English or another langage, said mail should Reach it's Appropriate Destination within five (5) Business Days. on 5-11-06 I was mailed Two Manila ENVELopes with nothing but legal Documents inside to help me file my paper work to me my court Deadline Well on 6-12-06 I received the Two Manila ENVElopes By % Mosqueda. I asked him why is my mail with legal information taking A month and A Day to get to me? So I am respectfully asking you to please look in to this matter. Now on June 5th 2006 MY family mailed me some legal Documents. So I am hopeing I don't have to wait another month for this information that's been here all this time. please do understand thank you Rosales. I have Court Deadline and need these Documents.

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| ROSALES  JOSEPH | J-02753 | ——— | 3A-03-226L |

A. Describe Problem: While as an inmate here in 3A-03-226 Administrative segregation my constitutional rights of Access to the Courts is being violated by subjugating me to an unconstitutional Paging - System which is soley being Relied upon For PLU Ad-Seg inmates as stated in TOUSSAINT V. MCCARTHY 801 F. 2d 1080, 1110 (9th Cir 1986). The availability of Physical Access to the Law Library here in 3A-03-AD-Seg. is clearly being Denied for No Penological reason. The Bounds Mandate is not being adhered to

If you need more space, attach one additional sheet.                    CONT . . . .

B. Action Requested: THAT I AND ALL OTHER "PLU" INMATES HOUSED IN 3A-03 AD-SED; BE AFFORDED PHYSICAL ACCESS to A LAW Library For A Reasonable Amount OF TIME To ~~***~~ Conduct EFFECTIVE LEGAL ReSeARCh AT 3A Law Library ● Install Holding Cages to AFFORD 3A-03-AD-SEG

Inmate/Parolee Signature: _Joseph Rosales_                    CONT. . . .            Date Submitted: 5-13-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

BOUNDS V. SMITH, 97 S.Ct. @ 1498) CLEARY STATES THAT PRISON
FFICIALS MUST PROVIDE PRISONERS WITH ADEQUATE LAW LIBRARIE:
OR ADEQUATE ASSISTANCE FROM PERSONS TRAINED IN THE LAW.
AS OF TODAY NEITHER OF THESE TWO MANDATES ARE BEING MET
ERE IN 3A-03 AD-SEG "PAGING SYSTEM" IS CONSTITUTIONAL
INADEQUATE, THE LAW LIBRARY OFFICER (C.C. COGDILL IS NOT
AINED IN THE LAW TO ASSIST ME (OR OTHER PLU INMATES).

: INMATES PHYSICAL ACCESS TO THE LIBRARY, THAT THE PAGING SYSTEM
OT BE THE SOLE ALTERNATIVE TO ACCESS TO THE COURTS. AND
JALY THAT CORCORAN STATE PRISON LAW LIBRARY OFFICIALS ℗
JLICY MAKERS COMPLETELY COMPLY WITH THE SUPREME COURT
ANDATE IN BOUNDS V. SMITH 97 S.Ct. 149/

22

EXhibit
E

I, MARIO HERRERA DECLARE AS FOLLOWS:

ON 6.16.06 I WAS SITTING ON MY BED WHEN A C/O WAS PASSING OUT MAIL. I HEARD THE C/O CALL MY NIEGHBORS NAME ROSALES AND GAVE HIM HIS MAIL. ROSALES THEN IMMEDIETALY CALLED THE C/O BACK AND INFORMED HIM THAT HIS MAIL HAD BEEN OPENED, AND NOT SIGNED, BECAUSE IT WAS LEGAL MAIL. THE C/O DID NOT SIGN IT, BUT INSTEAD TOOK IT BACK, AND NEVER RETURNED WITH IT. I HEARD ROSALES ASK HIM WHY HIS MAIL HAD BEEN OPENED, AND ALSO ASKED THE C/O TO SIGN IT, WHICH HE DID NOT.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT THAT IF CALLED TO TESTIFY AS TO THE CONTENTS HEREOF I COULD DO SO COMPETENTLY AS A SWORN WITNESS.

DATE 6.20.06

X Mario Herrera

BY: MARIO HERRERA
coc# VSO5 96

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

86 34769

1 DECLARATION OF DOMINIQUE ENGLAND

2

3    I, Dominique England declare as follows:

4

5    On 6-16-06 I was sitting on my bed when
6 the A % was passing mail out my cellie
7 received A white envelope then. The %
8 slid A manila envelope under the door to
9 my cellie, my cellie then called the %
10 back because his legal mail was open.
11 The % officer came back and my cellie
12 asked him why was his legal mail open
13 then my cellie give him the envelope
14 and asked him to sign it that it
15 was open upon receiving it the %
16 officer refused to sign it and left
17 with my cellies legal mail.
18

19    I declare under penalty of perjury under the
20 Laws of the United States of America
21 that the foregoing is true and correct that
22 if called to testify as to the contents
23 hereof I could do so competently as A
24 Sworn witness.
25

26                          x Dominique England
27    DATE: 6-19-06      BY: Dominique ENGLAND
28                          CDC# V.50741

INMATE REQUEST FOR INTERVIEW

TO: SGT. Smith   3A.03. ASU 6-22-06

FROM: Rosales Joseph. # J.02753   3A.03.130L

I wrote you yesterday about my Court
Deadline and need to file Court Documents
But your % Cogdill that runs our Law
Library said the copie machine in
Law Library is not working this is
Two weeks in a roll now I have to file
this today. There is more then one
Copie machine on this Facility here.
He made Copys in the Program
Office before. I have to make copies
please thank you. Respectfully

Rosales



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

# TRUST ACCOUNT WITHDRAWAL ORDER

To: Warden or Superintendent:  Staff approval_____  Date_____

I hereby request that my Trust Account be charged $_____
for the purpose stated below, and I authorize the withdrawal of that sum from my account.

CDC number **J·02753**  Signature _Joseph Rosales_

housing unit # **3A-03-130 L**

The purpose for which withdrawal is requested is legal supplies/damage:

| QTY. | LEGAL SUPPLIES | CHARGE | TOTAL | |
|---|---|---|---|---|
| **20** | 28-line legal pleading paper | $ .10/sheet | $ **200** | |
| **4** | #10 white legal mailing envelope | .03 | **12** | |
| **3** | 10" x 12" manila legal envelope | .20 | **60** | |
| | 12" x 15" manila legal envelope | .25 | | |
| **30** | legal forms, per side | .10 | **1200** | |
| | legal photocopies, per side | .10 | | |
| | loss/damage to library materials | | | print name _Joseph Rosales_ |

NotE COPY machine has been down for
The last two weeks there fore Petitioner can't
make copy's.

## INMATE REQUEST FOR LEGAL PHOTOCOPY SERVICES

REGULATIONS PERTAINING TO PHOTOCOPY SERVICE: Inmate photocopies will be strictly limited to legal documents as defined in Department Operations Manual (D.O.M.), section 14010.21.
* The cost for photocopies will be paid by the inmate by submitting a signed Inmate Trust Withdrawal Form (CDC-193). Ten cents (.10) per page/copy will be charged. Inmates will not be permitted to submit/copy another inmate's documents.
* Photocopy service is a privilege. All privileges are subject to conditions which prevent abuse and assure the greatest number of inmates benefit from the service.

I have read the rules and conditions regarding photocopy services. I accept these conditions and request photocopy service.
**(ALL BLANKS BELOW MUST BE FILLED IN!)**

NAME (PLEASE PRINT) _Joseph Rosales_  CDC NO. _J-02753_  BLDG/CELL **3A-03-130**

TYPE OF DOCUMENT _Court Notice_  NAME OF COURT _EASTERN Dist Court._

PLAINTIFF _Joseph Rosales_  DEFENDANT _C.m. Harrison_

X _Joseph Rosales_
**INMATE'S SIGNATURE**

DATE REQUESTED **6 / 20 / 06**

NUMBER OF PAGES IN DOCUMENT **30**
NUMBER OF DOCUMENT COPIES **3**
TOTAL NUMBER OF COPIES **99**

## DO NOT WRITE IN THIS SPACE (FOR STAFF USE ONLY)

APPROVED BY: _____  COPIED BY: _____  DATE COMPLETED: ___/___/___

DENIED BY: _____  REASON: _____

## VERIFICATION OF RECEIPT OF COPIES

INMATE'S SIGNATURE X_____  DATE ___/___/___

27

[C.C.P. §§ 446; 2015.5;
28 U.S.C. § 1746]

I, Joseph Rosales, declare under the penalty of perjury that:

I am the Petitioner in the attached matter; I have read the foregoing documents and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this 22 day of June, 2006, California State Prison/ Corcoran No. 1, Corcoran, California 93212-3461.

[Signature] _____
Declarant

**************************************************************************

DECLARATION OF SERVICE BY MAIL
[C.C.P. §§ 1013(a); 2015.5;28 U.S.C. § 1746]

I, Joseph Rosales, declare: That I am a resident of California State Prison/ Corcoran, State of California; I am over the age of 18 years; I am/am not a party to the above entitled action; My address is P.O. Box 3461, Corcoran, California 93212-3461; I served the attached document[s] entitled:

NOTICE, & Exhibits

on the persons/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope[s] into the United States Mail in a deposit box provided at the California State Prison/Corcoran No. 1, Corcoran, California, addressed as follows:

United States Court
office of the Clerk US. District court
EASTERN District of California
501 1st Street STE 4-200
SACRAMENTO CA. 95814 -2322

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY General
Department of Justice
P.O. Box 944255
SACRAMENTO CA. 94244-2550

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on;

this 22 day of June, 2006 at California State Prison/Corcoran No. 1, Corcoran, California 93212-3461.

[Signature] _____
Declarant
Joseph Rosales

28