1
EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2
MICHAEL P. FARRELL
Senior Assistant Attorney General
3
WARD A. CAMPBELL, State Bar No. 88555
Supervising Deputy Attorney General
4
 1300 I Street, Suite 125
 P.O. Box 944255
5
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5251
6
 Fax: (916) 322-2368
 E-mail: Ward.Campbell@doj.ca.gov
7
*Attorneys for Respondent*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12
**JOSEPH B. ROSALES,**

CIV S-05-0424 LKK EFB P

13
                               Petitioner,

14
      v.

**STATEMENT NOTING DEATH OF PETITIONER (FRCP 25)**

15
**C. M. HARRISON, Warden,**

16
                               Respondent.

17

18
      In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the respondent

19
herein notes the death during the pendency of this action of Joseph B. Rosales, the petitioner in

20
this matter. A true and correct copy of the petitioner's certificate of death and a draft order

21
dismissing this action with prejudice are attached as Attachments A and B, respectively.

22
Dated: November 9, 2010

Respectfully submitted,

23
EDMUND G. BROWN JR.
Attorney General of California
24
MICHAEL P. FARRELL
Senior Assistant Attorney General
25

26
WAC:sra
SA2005101274
27
31136943.doc

*/s/ Ward A. Campbell*

WARD A. CAMPBELL
Supervising Deputy Attorney General
*Attorneys for Respondent*

28

# ATTACHMENT A

# CERTIFICATE OF DEATH

USE BLACK INK ONLY

| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |
|---|---|---|

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT — FIRST (Given) | 2. MIDDLE | 3. LAST (Family) | | |
|---|---|---|---|---|
| JOSEPH | BERNAL | ROSALES JR | | |

AKA, ALSO KNOWN AS — Include the AKA (FIRST, MIDDLE, LAST)

| 5. BIRTH STATE/FOREIGN COUNTRY | 6. DATE OF BIRTH mm/dd/ccyy | 7. AGE YRS. | | | | 8. SEX |
|---|---|---|---|---|---|---|
| | 11/20/1966 | 41 | | | | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS | 7. DATE OF DEATH mm/dd/ccyy | | 8. HOUR |
| CA | 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 | YES [X] NO | NEVER MARRIED | 07/23/2008 | | 1105 |

| 15. EDUCATION | 16/18. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | 18. DECEDENT'S RACE |
|---|---|---|
| 11 | [X] HISPANIC | MEXICAN/AMERICAN |

| 17. USUAL OCCUPATION | 18. KIND OF BUSINESS OR INDUSTRY | 19. YEARS IN OCCUPATION |
|---|---|---|
| FORK LIFT DRIVER | WAREHOUSING | 5 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number or location) | | | | |
|---|---|---|---|---|
| 4001 KING AVENUE | | | | |
| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
| CORCORAN | KINGS | 93212 | UNK | CA |

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS |
|---|---|
| MARY PLANCARTE, MOTHER | 9 ECKERT COURT, SACRAMENTO, CA 95823 |

**SPOUSE AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE — FIRST | 29. MIDDLE | 30. LAST (Birth Name) | |
|---|---|---|---|
| | | | |
| 31. NAME OF FATHER — FIRST | 32. MIDDLE | 33. LAST (Family) | 34. BIRTH STATE |
| JOSEPH | BERNAL | ROSALES SR | CA |
| 35. NAME OF MOTHER — FIRST | 36. MIDDLE | 37. LAST (Birth Name) | 38. BIRTH STATE |
| MARY | | GONZALES | CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION | | |
|---|---|---|---|
| 08/02/2008 | ST. MARY'S CEMETERY -, SACRAMENTO, CA 95820 | | |
| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | | 43. LICENSE NUMBER |
| BU | NOT EMBALMED | | |
| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
| GEORGE L. KLUMPP | FD380 | CLAUDIA JONAH, MD | 07/30/2008 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| MERCY HOSPITAL | [X] IP | |
| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 106. CITY |
| KERN | 2215 TRUXTON AVENUE | BAKERSFIELD |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | | Time interval between onset and death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (A) CARDIOPULMONARY ARREST | | MINS. | [X] YES  NO   C-1636-08 |
| (B) MULTI ORGAN FAILURE | | DYS. | 109. BIOPSY PERFORMED? [X] YES  NO |
| (C) LUNG CANCER WITH METASTASIS | | MTHS. | 110. AUTOPSY PERFORMED?  YES [X] NO |
| (D) | | | 111. USED IN DETERMINING CAUSE? |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? If yes, list type of operation and date. | 113. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | YES  NO |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since  06/21/2008    Decedent Last Seen Alive  07/23/2008 | SHYI-TANG SHIUE M.D. | A49658 | 07/30/2008 |
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE  SHYI-TANG SHIUE M.D.  1700 C STREET, BAKERSFIELD, CA 93301 | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR 24 Hour |
|---|---|---|---|
| MANNER OF DEATH  Natural  Accident  Homicide  Suicide  Pending Investigation  Could Not Be Determined | YES  NO  UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city, and ZIP) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | Printed on: 07/30/2008 03:39 PM  By MAXWELL, MYRON (MMAXWELL) | FAX AUTH. # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

# ATTACHMENT B

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **JOSEPH B. ROSALES,**                    Case No. CIV S-05-0424 LKK EFB P

12                                    Petitioner,   **[PROPOSED] ORDER DISMISSING**
                                                    **ACTION WITH PREJUDICE DUE TO**
13                                                  **DEATH OF PETITIONER (FRCP 25)**

14              v.

15   **C. M. HARRISON, Warden,**

16                                    Respondent.

17

18       The court has been notified of the death of the petitioner in these proceedings on July 23,

19   2008.

20       GOOD CAUSE SHOWING, the petition for writ of habeas corpus filed in this matter is

21   dismissed with prejudice.

22

23   Dated: _____          _____
                                                 The Honorable Edmund F. Brennan
24                                               Magistrate Judge

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Rosales v. Harrison**          No.:   **CIV S-05-0424 LKK PAN P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 9, 2010</u>, I served the attached **STATEMENT NOTING DEATH OF PETITIONER (FRCP 25) and[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE DUE TO DEATH OF PETITIONER (FRCP 25)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Joseph Rosales, J-02753
California State Prison - Corcoran
C-3-04-225L
P. O. Box 3471 (C Yard)
Corcoran, CA  93212-3471
Petitioner In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 9, 2010, at Sacramento, California.

/s/ *Ward A. Campbell*
Declarant

WAC:sra
SA2005101274
31137063.doc